UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| CHAMBERS OF | 101 WEST LOMBARD STREET |
|---|---|
| J. FREDERICK MOTZ | BALTIMORE, MARYLAND 21201 |
| UNITED STATES DISTRICT JUDGE | (410) 962-0782 |
| | (410) 962-2698 FAX |

March 29, 2016

MEMO TO COUNSEL RE:   Prestige Detailing, Inc. v. Logan Oil, Inc.
                                              Civil No. JFM-15-3412

Dear Counsel:

   I have reviewed the memoranda submitted in connection with defendant's motion to dismiss plaintiff's claim for punitive damages.

   The motion (document 16) is granted. The allegations made by plaintiff do not constitute "actual malice" as required by Maryland law to support a claim for punitive damages.

   Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                              Very truly yours,

                                              /s/

                                              J. Frederick Motz
                                              United States District Judge